*In re* **TUCKER**, Henry Thompson, Jr. (MR 19434)
Richmond, VA

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Henry Thompson Tucker, Jr., who has been disciplined in the State of Virginia, is disbarred in the State of Illinois. The petition by respondent Henry Thompson Tucker, Jr., for a hearing pursuant to Supreme Court Rule 763 is denied.